# EXHIBIT B

# US9092428 Claim chart
# vs
# Trustpilot, Inc

# U.S. Patent No. US9092428

**Claims priority from a provisional application 61/568,657**

**12/09/2011 Expired**

**Total patent Term Adjustments: Upward 310 days**

# Related Products

- The following chart is based on Trustpilot, Inc's web site.



# US 9092428: Claim 1

1. A computer-assisted method for discovering information in a text content and extracting and presenting the information, comprising:

 obtaining, by a computer system, a text content comprising one or more words or phrases or sentences, each being a term or an instance of a term;

selecting a first semantic attribute and a second semantic attribute for users to select from, wherein the first semantic attribute or the second semantic attribute includes an attribute type or attribute value;

wherein the first semantic attribute is associated with a first name or description, and the second semantic attribute is associated with a second name or description;

identifying a words or phrases in the text content associated with the first semantic attribute or the second semantic attribute;

displaying an actionable user interface object, wherein the actionable user interface object is associated with a label representing the first name or description or the second name or description;

allowing the user to select the first name or description or the second name or description as a user-specified or user-desired attribute;

and performing, by the computer system, an action on the word or phrase associated with the user-specified or user-desired semantic attribute, wherein the action includes at least extracting, displaying, storing, showing or hiding, or highlighting or un-highlighting the word or phrase.

# US 9092428: Claim 1
# Court's Preliminary Construction

| NO. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|---|
| 1 | "obtaining, by a computer system, a text content comprising one or more words or phrases [or sentences]"<br><br>'428 Patent Claims 1 and 14 | Plain and ordinary meaning | "Inputting text content into the system prior to tokenization" | Plain and ordinary meaning. |
| 2 | "first semantic attribute and second semantic attribute"<br><br>'428 Patent Claims 1-3, 5, 14-17 | Plain and ordinary meaning | "the meaning of a word or phrase, initially based on matching the word or phrase to a pre-compiled dictionary, word list, or dataset, wherein the first semantic attribute is different from the second semantic attribute" | "the meaning of a word or phrase, wherein the first semantic attribute is different from the second semantic attribute" |
| 3 | "attribute type or attribute value"<br><br>'428 Patent Claims 1 and 14 | Plain and ordinary meaning | "attribute type" means "a category of meanings of a word or phrase"<br><br>"attribute value" means "a specific meaning within a category of meanings of a word or phrase" | Plain and ordinary meaning. |
| 4 | "identifying a words or phrases in the text content associated with the first semantic attribute or the second semantic attribute" / "identify, in the text content, a word or a phrase associated with the user-specified or user-desired attribute"<br><br>'428 Patent Claims 1 and 14 | Plain and ordinary meaning | "attaching semantic attributes to tokens representing words or phrases in the text content" | Plain and ordinary meaning. |

# US 9092428: Claim 1
# Court's Preliminary Construction

| NO. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|---|
| 5 | "actionable user interface object" <br><br> '428 Patent Claims 1 and 14 | Plain and ordinary meaning | "a user interface object that displays a predefined attribute as a criterion for extracting, displaying or hiding, or highlighting terms that meet the criterion, without user typing in the criterion, or without the need to match a keyword in the criterion with a keyword in the content, as well as its function of receiving user input for a selected action to perform on the terms in the text content that carry the specified attributes" | "a user interface object that enables users to specify which semantic attribute is desired for display or extraction and is associated with a name of said semantic attribute" |
| 6 | "user-specified or user-desired attribute" <br><br> '428 Patent Claims 1 and 14 | Plain and ordinary meaning | "semantic attribute that the user selects via the actionable user interface object" | "semantic attribute that the user selects via the actionable user interface object" |
| 7 | "threshold value of importance of a word or phrase in representing a topic or information focus" <br><br> '428 Patent Claims 5 and 17 | Plain and ordinary meaning | "a minimum importance score assigned by linguistic processing of a word or phrase" | Plain and ordinary meaning. |

# US9092428: Claim 1

1. A computer-assisted method for **discovering information** in a text content and extracting and presenting the information, comprising:

Plaintiff contends Trustpilot, Inc's web site has an interactive product review section that **extracts and presents information,** for example the word "**quality**" that Trustpilot, Inc's **computer discovers within a text content**, for example, the review section, that will have the word "quality" displayed for the user to see.





B-Wear Sportswear Reviews | Read Customer Service Reviews of www.bwear.com (trustpilot.com)

7

# US9092428: Claim 1

obtaining, by a computer system, a **text content** comprising **one or more words** or phrases or sentences, **each being a term** or an instance of a term;

Plaintiff contends that **Trustpilot, Inc's computer system will obtain text content comprising one or more words or terms,** for example the **word, "quality"** in the review section, can be found in several instances in the **text content** of the reviews.



B-Wear Sportswear Reviews | Read Customer Service Reviews of www.bwear.com (trustpilot.com)

8

# US9092428: Claim 1

**selecting a first semantic attribute** and **a second semantic attribute** for users **to select from**, **wherein the first semantic attribute** or **the second semantic attribute includes an attribute type** or attribute value;

For Example: **the user can select** a **first semantic attribute 5-star, ***** and a second semantic attribute 1-star, *.  The first semantic attribute has an attribute type (5-star, ***** ).**



# US9092428: Claim 1

**wherein the first semantic attribute is associated with a first name or description,**

For Example: the **first semantic attribute is associated with a first name or description**, for example, **"5-star, *****".**



B-Wear Sportswear Reviews | Read Customer Service Reviews of www.bwear.com (trustpilot.com)

# US9092428: Claim 1

and the second semantic attribute is associated with a second name or description;

For Example: the **second semantic attribute is associated with a second name or description,** for example **"1-star, *".**



### Reviews ★ 4.8
51,639 total

| | | |
|---|---|---|
| ☐ 5-star | ████████████████████████ | 93% |
| ☐ 4-star | ● | 4% |
| ☐ 3-star | ● | 1% |
| ☐ 2-star | ● | <1% |
| ☐ 1-star | ● | 1% |

B-Wear Sportswear Reviews | Read Customer Service Reviews of www.bwear.com (trustpilot.com)

# US9092428: Claim 1

identifying a words or phrases in the text content associated with the first semantic attribute or the second semantic attribute;

For Example: the word **"quality" in the text content can be identified within the first semantic attribute "5-star, *****"**



**B-Wear Sportswear Reviews | Read Customer Service Reviews of www.bwear.com (trustpilot.com)**

# US9092428: Claim 1

displaying an actionable user interface object, wherein the actionable user interface object is associated with a label representing the first name or description or the second name or description;

For Example: **an actionable user interface object is displayed and is associated with a label "5-star, *****" representing the first description (5-star, ***** description).**



# US9092428: Claim 1

| | |
|---|---|
| **allowing the user to select the first name or description** or the second name or description as a user-specified or user-desired attribute; | For Example:  **the user can select "5-star, \*\*\*\*\*" (first description) as a user specified attribute**. |



# US9092428: Claim 1

**and performing, by the computer system, an action** on the word or phrase **associated with the user-specified or user-desired semantic attribute, wherein the action includes at least extracting, displaying, storing, showing** or hiding, or highlighting or un-highlighting the word or phrase.

Plaintiff contends that **when the user selects "5-star,*****" reviews, "quality" will be displayed within the "5-star, *****" reviews.**



**B-Wear Sportswear Reviews | Read Customer Service Reviews of www.bwear.com (trustpilot.com)**

15