UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                        :

LINFO IP, LLC,                       :

              Plaintiff,        :          24-CV-2796 (JMF)

                       :

        -v-                  :         <u>ORDER</u>

                       :

TRUSTPILOT, INC.,                :

                       :

            Defendant.     :

                       :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* ECF No. 31, Defendant's earlier motion to dismiss filed at ECF No. 27 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **September 30, 2024**. Defendant's reply, if any, is due by **October 7, 2024**.

      The Clerk of Court is directed to terminate ECF No. 27.

      SO ORDERED.

Dated: September 17, 2024
      New York, New York

_____
JESSE M. FURMAN
United States District Judge